GENERAL CONTRACTING COMPANY, Appellant, *v.* HENRY
P. BURGARD, Respondent.

*General Contracting Co.* v. *Burgard,* 146 App. Div. 899, reversed.
(Argued February 7, 1913; decided March 18, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered October 9, 1911, affirming a judgment in favor of
defendant entered upon a verdict in an action on contract.

*Adolph Rebadow* for appellant.

*Eugene L. Falk* and *E. C. Schlenker* for respondent.

*Per Curiam.* It was error for the court to charge the
jury that if the money loaned by the defendant to Jones
went into the work of cleaning the streets, it was to be
regarded as a part of the cost to the defendant of complet-
ing the contract. The question was not solely whether the
money went into the work. It was whether the defend-
ant made an independent loan to Jones or an advance of
money to pay in part the cost of the street cleaning as it
progressed.

The order and judgment appealed from should be
reversed and a new trial ordered, with costs to the appel-
lant to abide the event.

CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK,
CUDDEBACK, HOGAN and MILLER, JJ., concur.

Order and judgment reversed, etc.